[Nos. 13341–5–II; 13342–3–II;   Division Two.          July 11, 1991.]
13343–1–II.

*In the Matter of the Welfare of* N.N.C.

*In the Matter of the Welfare of* V.C.

*In the Matter of the Welfare of* E.B.

Appeals from a judgment of the Superior Court for Clallam County, No. 4677, James D. Roper, J., entered September 22, 1989. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 12317–7–II.   Division Two.   July 11, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. HARVEY EUGENE CAMPBELL, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 87–1–00999–8, Thomas L. Lodge, J., entered October 11, 1988. *Affirmed in part* and *reversed in part* by unpublished opinion per Petrich, A.C.J., concurred in by Alexander and Morgan, JJ.

[No. 13478–1–II.   Division Two.   July 11, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MIGUEL JOE MARTINEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88–1–03395–3, J. Kelley Arnold, J., entered December 21, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Alexander, J.